In the Matter of the Will of RUDOLPH R. NOLL, Deceased. GERDA NOLL et al., Petitioners-Appellants.

OTTO RUPRECHT et al., Individually and as Executors and Trustees under the Will of RUDOLPH R. NOLL, Deceased, et al., Respondents.

NATIONAL SURETY CORPORATION et al., Respondents.

(2 Proceedings.)

In the Matter of the Estate of RUDOLPH R. NOLL, Deceased. ELEANORE G. NOLL, an Infant, by GERDA NOLL, Her Guardian ad Litem, et al., Petitioners-Appellants.

OTTO RUPRECHT et al., Individually and as Executors and Trustees under the Will of RUDOLPH R. NOLL, Deceased, Respondents.

EDWARD A. PFEFFER et al., Respondents.

Submitted July 20, 1943; decided July 20, 1943.

Separate motions by appellants for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 909.)